# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INES McGILLIVRAY,<br>      Plaintiff<br><br>    V.<br><br>CIGNA GROUP INSURANCE and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>      Defendants | Civil Action No. 05-11826-MLW |

## NOTICE OF APPEARANCE

NOW COMES, David B. Crevier and hereby enters his appearance of behalf of the Defendant Life Insurance Company of North America in the above entitled matter.

            The Defendant,
            Life Insurance Company of North America,
            By its Counsel:

            /s/David B. Crevier
            David B. Crevier, BBO # 557242
            CREVIER & RYAN, LLP.
            1500 Main Street, Suite 2020
            Springfield, MA 01115-5727
            Tel: (413) 787-2400
            Facsimile: (413) 781-8235
            Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail postage prepaid this 6th day of December, 2005.

            /s/David B. Crevier