## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INES McGILLIVRAY, | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | Civil Action No. 05-11826-MLW |
| | ) | |
| CIGNA GROUP INSURANCE and | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, | ) | |
| Defendants | ) | |

## LIFE INSURANCE COMPANY OF NORTH AMERICA'S
## L.R.7.3 CORPORATE DISCLOSURE

Defendant Life Insurance Company of North America, ("LINA") pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, hereby makes the following disclosures:  1) LINA is a wholly owned subsidiary of Connecticut General Corporation; 2) Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holdings Inc.; 3) CIGNA Holdings Inc. is a wholly owned subsidiary of CIGNA Corporation; and 4) CIGNA Corporation is the only company that is publicly traded.

> The Defendant,
> Life Insurance Company of North America
> By its Counsel:
>
> /s/David B. Crevier
> David B. Crevier, BBO# 557242
> Crevier & Ryan, LLP
> 1500 Main Street, Suite 2020
> Springfield, MA 01115-5727
> Tel:  (413) 787-2400
> Facsimile:  (413) 781-8235
> Email:  dcrevier@crevierandryan.com

1

2

**<u>CERTIFICATE OF SERVICE</u>**

  I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail postage prepaid this 6th day of December, 2005.

                      /s/David B. Crevier