## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
)
INES McGILLIVRAY,                          )
              Plaintiff        )
)
       V.                             )     Civil Action No. 05-11826-MLW
)
CIGNA GROUP INSURANCE and           )
LIFE INSURANCE COMPANY              )
OF NORTH AMERICA,                      )
             Defendants        )
_____)

## JOINT MOTION TO DISMISS
## DEFENDANT CIGNA GROUP INSURANCE AS A PARTY

      Pursuant to Fed. R. Civ. P. 21, the parties move to dismiss, without prejudice, Cigna

Group Insurance ("Cigna") as a Defendant in the above-entitled matter.  As grounds for this

Motion, the parties state that they have agreed that Cigna is not a proper party to this actions

insofar as Cigna is not a legal entity.

WHEREFORE, the parties respectfully request that this motion be granted.

Dated:  December 19, 2005.

The Plaintiff,                                                    The Defendants
INES McGILLIVRAY                                        CIGNA GROUP INSURANCE and LIFE
                                 INSURANCE COMPANY OF NORTH
                                 AMERICA
By her attorney:                                               By their counsel:

/s/Paul R. Chomko                                          /s/David B. Crevier
Paul R. Chomko, Esq., BBO # 637716              David B. Crevier, BBO # 557242
ALFORD & BERTRAND, LLC                            Katherine R. Parsons, BBO # 657280
PO Box 322                                                    CREVIER & RYAN, LLP.
Watertown, MA 02471-0322                             1500 Main Street, Suite 2020
Tel:  (617) 926-8800                                        Springfield, MA 01115-5727
Email:  attorneys@alfordandbertrand.com           Tel:  (413)787-2400
                                 Facsimile:  (413) 781-8235
                                 Email:  dcrevier@crevierandryan.com
                                           kparsons@crevierandryan.com