# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| INES McGILLIVRAY,<br>    Plaintiff<br><br>V.<br><br>CIGNA GROUP INSURANCE and<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>    Defendants | Civil Action No. 05-11826-MLW |

## NOTICE OF APPEARANCE

NOW COMES, Katherine R. Parsons and hereby enters her appearance on behalf of the Defendant Life Insurance Company of North America in the above entitled matter.

> The Defendant,
> Life Insurance Company of North America,
> By its Counsel:
>
> /s/Katherine R. Parsons
> Katherine R. Parsons, BBO # 657280
> CREVIER & RYAN, LLP.
> 1500 Main Street, Suite 2020
> Springfield, MA 01115-5727
> Tel:  (413) 787-2400
> Facsimile:  (413) 781-8235
> Email:  kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail postage prepaid this 19th day of December, 2005.

> /s/Katherine R. Parsons