UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INES McGILLIVRAY,<br>            Plaintiff<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA,<br>            Defendant | Civil Action No. 05-11826-MLW |

### LIFE INSURANCE COMPANY OF NORTH AMERICA'S
### CERTIFICATION REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3), the Defendant, Life Insurance Company of North America, files this Certification Regarding Costs and Alternate Dispute Resolution.

**Certification Regarding Costs And Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses-- of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

_____
By: Michael Grimes, Esq.
Its: Corporate Counsel

COUNSEL TO LIFE INSURANCE COMPANY OF NORTH AMERICA,

_____
David B. Crevier
Katherine R. Parsons

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this 26th day of June, 2006.

*/s/ Katherine B. B____*