UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
INES McGILLIVRAY,                )
        Plaintiff            )
v.                                              )      Civil Action No. 05-11826-MLW
                                                )
LIFE INSURANCE COMPANY           )
OF NORTH AMERICA,                )
        Defendants          )

**DEFENDANT'S MOTION FOR JUDGMENT
ON THE RECORD FOR JUDICIAL REVIEW**

Defendant, Life Insurance Company of North America ("LINA"), hereby moves this Court to enter judgment on the record in favor of LINA. In support of this Motion, LINA submits its Memorandum in support of its Cross Motion for Judgment on the Record for Judicial Review and in Opposition to Plaintiff's Motion for Judgment on the Record.

Respectfully submitted,

The Defendant,

By its Counsel:

/s/David B. Crevier
David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO# 657280
CREVIER & RYAN, LLP.
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
Tel: (413) 787-2400
Facsimile: (413) 781-8235
Email: dcrevier@crevierandryan.com
       kparsons@crevierandryan.com

CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 31st day of January, 2007.

/s/David B. Crevier