# United States District Court
# District of Massachusetts

INES McGILLIVRAY,
    Plaintiff,

V.                          CIVIL ACTION NO. 2005-11826-MLW

LIFE INSURANCE COMPANY
    OF NORTH AMERICA,
    Defendants.

## *ORDER*

COLLINGS, U.S.M.J.

    In view of the Order of Reference (#22) recently entered in the above-styled case, the Court ORDERS that counsel notify the Court in writing, **on or before the close of business on Wednesday, February 14, 2007,** whether or not their clients consent to the reassignment of this case to the undersigned United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

                                   /s/ Robert B. Collings
                                   ROBERT B. COLLINGS
                                   United States Magistrate Judge

Date: February 1, 2007.