# CREVIER & RYAN, LLP

ATTORNEYS AT LAW

TOWER SQUARE
1500 MAIN STREET, SUITE 2020
SPRINGFIELD, MASSACHUSETTS 01115-5727

TELEPHONE (413) 787-2400

FAX (413) 781-8235

David B. Crevier *
Michael P. Ryan
Katherine R. Parsons ♦◊

\* Also admitted in NY
♦ Also admitted in RI
◊ Also admitted in CT

February 2, 2007

**VIA ELECTRONIC FILING**

Clerk of Court
United States District Court
District of Massachusetts
1 Courthouse Way, Suite 8420
Boston, MA 02210

Re:   Ines McGillivray v. Cigna Group Insurance, et al.
      U.S. District Court, Civil Action No. 05-11826-MLW

Dear Sir or Madam:

This firm represents Life Insurance Company of North America ("LINA") in the above referenced matter. On February 1, 2007, our office received the Court's Memorandum and Order requesting that the parties inform the Court whether they consent to the transfer of this case to Magistrate Judge Collings. After speaking with my client, I am writing to inform you that our client has indicated that it wishes that this case remain before Judge Wolf. Accordingly, LINA does not consent to the transfer of this case to Magistrate Judge Collings.

Thank you.

Sincerely,

David B. Crevier

cc:   Paul R. Chomko, Esq.