**ALFORD & BERTRAND, LLC**
ATTORNEYS AT LAW
60 ARSENAL STREET
POST OFFICE BOX 322
WATERTOWN, MA 02471-0322

**Harvey Alford, Esquire**
**Donald J. Bertrand, Esquire**
**Stuart Alford, Esquire**
**Paul R. Chomko, Esquire**
**Daniel Factor, Esquire**

(617) 926-8800
FAX (617) 924-7780
E-mail: attorneys@alfordandbertrand.com

Offices in Watertown
Boston, Quincy & Lynn

February 8, 2007

Clerk of Court
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE:    Ines McGillivray v. CIGNA Group et al
DOCKET NO.:    05-11826MLW

Dear Sir/Madam:

Please be advised that the Plaintiff consents to the transfer of this matter to Magistrate Judge Collings.

Very truly yours,

ALFORD & BERTRAND, LLC

PAUL CHOMKO, ESQUIRE
: