UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**INES McGILLIVRAY**
      **Plaintiff**

v.                                          C.A. No. 05-11826-MLW

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
      **Defendants**

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Memorandum and Order dated <u>September 30, 2007</u> allowing the <u>Defendants'</u> Motion for Judgment on the Record (Docket No. 19) in the above-referenced action, it is hereby ORDERED:

Judgment for the <u>Defendant</u>.

                                                By the Court,

**September 30, 2007**                              /s/ Dennis O'Leary
Date                                                          Deputy Clerk

(judge-sj.wpd - 12/98)                                                     [jgm.]